UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Honorable Dennis M. Cavanaugh |
| | : | United States District Judge |
| Plaintiff, | : | |
| | : | Criminal No. 07cr272(DMC) |
| v. | : | |
| | : | |
| THOMAS TELFAIR, | : | |
| | : | |
| Defendant. | : | |

_____:

_____

BRIEF IN SUPPORT OF PRETRIAL MOTIONS
OF DEFENDANT THOMAS TELFAIR
_____


LAW OFFICE OF PAUL W. BERGRIN, P.C.
Robert Treat Center
50 Park Place, 10th Floor
Newark, New Jersey 07102
(973) 242-3700


On the Brief:
Paul W. Bergrin, Esq.

TABLE OF CONTENTS

STATEMENT OF FACTS   …………………………………………………   1

POINT I   ………………………………………………………….   2

ANY POST ARREST STATEMENTS MADE BY DEFENDANT
TELFAIR WERE TAKEN IN VIOLATION OF THE FIFTH AND
SIXTH AMENDMENTS OF THE UNITED STATES
CONSTITUTION AND SHOULD BE SUPPRESSED.

POINT II   …………………………………………………………   5

THE SEARCH CONDUCTED OF 185 PARKER STREET IN
NEWARK, NEW JERSEY WAS DONE IN VIOLATION
OF THE FOURTH AMENDMENT OF THE UNITED STATES
CONSTITUTION AND ALL EVIDENCE SEIZED SHOULD BE
SUPPRESSED.

POINT III   ………………………………………………………..   7

THE GOVERNMENT AGENTS ENGAGED IN OUTRAGEOUS
MISCONDUCT IN DIRECT VIOLATION OF MR. TELFAIR'S
CONSTITUTIONAL RIGHTS.

POINT IV   ………………………………………………………….   13

THE COURT SHOULD EXERCISE IT'S DISCRETIONARY
POWER TO ORDER GOVERNMENT DISCLOSURE OF
WITNESS LISTS UNDER THE JENCKS ACT SUFFICIENTLY
IN ADVANCE OF TRIAL TO ALLOW MEANINGFUL
DEFENSE PREPARATION.

POINT V   ………………………………………………………..   14

THE GOVERNMENT SHOULD BE REQUIRED TO MAKE
DISCLOSURE OF THEIR INTENTION TO RELY UPON
OTHER CRIMES EVIDENCE.

POINT VI   ………………………………………………………..   20

THE GOVERNMENT SHOULD BE REQUIRED TO MAKE
DISCLOSURE OF IMPEACHING INFORMATION.

i

POINT VII       …………………………………………………………….. 30

        THE COURT SHOULD ORDER THE GOVERNMENT
        AGENTS TO PRESERVE ALL OF THEIR ROUGH NOTES
        OF THE INVESTIGATION.

CONCLUSION        ……………………………………………………. 31

ii