NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS TELFAIR<br>a/k/a "Hassan Gatling"<br><br>Defendant. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Criminal Action No. 07-CR-0272 (DMC) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon cross-motions by Defendant Thomas Telfair and the United States of America for dismissal of the superseding indictment under the Speedy Trial Act, 18 U.S.C. §§ 3161–74; and after further reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this   6th   day of October, 2008;

**ORDERED** that the superseding indictment in the above-captioned matter is **dismissed without prejudice**.

        S/ Dennis M. Cavanaugh
       Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:   All Counsel of Record
      Hon. Mark Falk, U.S.M.J.
      File